Dismissed and Memorandum Opinion filed December 11, 2008








Dismissed
and Memorandum Opinion filed December 11, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00988-CV

____________

 

MILTON C. MOORE and MARY MOORE, Appellants

 

V.

 

CARRINGTON MORTGAGE SERVICES, Appellee   

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 921178

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 8, 2008.  On December 1, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 11, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.